IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS LEON BRAGG,

    Petitioner,             No. CIV S-05-0787 GEB KJM P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.        ORDER

_____/

        On May 26, 2005, the court ordered petitioner to either file an application to proceed in forma pauperis or pay the $5.00 filing fee for this action within thirty days. Petitioner has not complied with the court's order, although he has filed a document suggesting he has made arrangements for payment of the filing fee. As of the date of this order, the filing fee has not been received. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner file an application to proceed in forma pauperis or submit the $5.00 filing fee for this action within twenty days of the filed date of this order;

/////

/////

/////

/////

1

2. If persons at petitioner's place of incarceration are making it impossible for petitioner to submit either the filing fee or an application to proceed in forma pauperis, petitioner shall inform the court of the names of those persons within twenty days in an affidavit; and

3. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE