IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS LEON BRAGG,

    Petitioner,                    No. CIV S-05-0787 GEB KJM P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. On June 6, 2005, petitioner was ordered to submit a request to proceed in forma pauperis or the appropriate filing fee for this action within thirty days. Petitioner has done neither. Petitioner will be given one final opportunity to submit the filing fee or a request to proceed in forma pauperis.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

2. The Clerk of the Court is directed to send petitioner a copy of the application to proceed in forma pauperis by a prisoner used by this district.[1]

DATED: October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
brag0787.ifp

---

[1] On June 16, 2005, petitioner submitted a letter to the court in which petitioner suggests the filing fee for this action has not reached to the court due to the actions of correctional staff at petitioner's place of incarceration. If petitioner cannot comply with this order, petitioner shall inform the court within thirty days of the names of those staff members blocking petitioner's efforts to pay the filing fee or to submit a request to proceed in forma pauperis.

2