IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS LEON BRAGG,

        Petitioner,                      No. CIV S-05-0787 GEB KJM P

     vs.

THOMAS L. CAREY, et al.,

        Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, Morris Leon Bragg, is currently in custody at the California State Prison Solano in Vacaville, California. He is proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is serving an indeterminate prison sentence of 20-years-to-life.

        Petitioner appears to argue that he remains in prison because he has been inappropriately classified as a "life prisoner." Pet. at 4. Respondents assert in a motion to dismiss filed January 19, 2007 that petitioner fails to state a claim upon which relief can be granted.

        Under 28 U.S.C. § 2254, the court may grant an application for writ of habeas corpus only if a habeas petitioner shows that he is in custody in violation of federal law. As a prisoner serving an indeterminate sentence under California law, petitioner may be released to parole by the Board of Prison Terms as soon as petitioner becomes eligible for parole. Cal. Penal

1

1  Code § 3040.  Petitioner fails to present anything suggesting, nor does petitioner even allege, that
2  he has not been granted or considered for parole in violation of California law.  For this reason
3  petitioner fails to state a claim upon which relief can be granted under 28 U.S.C. § 2254.
4        Respondents also assert this action is time-barred.  For the reasons stated above,
5  the court need not address this argument.
6        In accordance with the above, IT IS HEREBY RECOMMENDED that:
7        1. Respondent's January 19, 2007 motion to dismiss be granted, and
8        2. This action be dismissed.
9        These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
11 days after being served with these findings and recommendations, any party may file written
12 objections with the court and serve a copy on all parties.  Such a document should be captioned
13 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
14 shall be served and filed within ten days after service of the objections.  The parties are advised
15 that failure to file objections within the specified time may waive the right to appeal the District
16 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
17 DATED:  April 30, 2007.

_____
U.S. MAGISTRATE JUDGE

20  1/kr
brag0787.157